**FILED**
APR 29 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FELICIA LYNUM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 08 0733 |
| UNITED STATES GOVERNMENT, | ) ) |
| Defendant. | ) ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED with prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 4/8/08